FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8233

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Karim Antonio AGUNDEZ | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about March 14, 2008, within the Southern District of California, defendant Karim Antonio AGUNDEZ did knowingly and intentionally import approximately 25.82 kilograms (56.80 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th, DAY OF March 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA

2  v.

3  Karim Antonio AGUNDEZ

## PROBABLE CAUSE STATEMENT

I, Special Agent Lance Swanson, declare under penalty of perjury, the following is true and correct:

On March 14, 2008 at approximately 2120 hours, Karim Antonio AGUNDEZ entered the United States at the Calexico, California, East Port of Entry. AGUNDEZ was the sole occupant driver and owner of a 2004 Ford Truck.

During the pre- primary inspection Customs and Border Protection (CBP) Officer V. Adame received a negative Customs Declaration from AGUNDEZ. AGUNDEZ told the officer that he was the owner of the vehicle and he did not have any drugs inside the vehicle. While inspecting the vehicle, CBP Officer V. Adame received a high buster reading on the spare tire of the vehicle. AGUNDEZ and the vehicle were referred to secondary inspection.

In the vehicle secondary lot, CBP K-9 Officer K. Caldera was asked to screen the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer K. Caldera received an alert from his NDD on the spare tire area of the vehicle.

Upon further inspection, CBP Officer E. Medina discovered twenty-five (25) packages concealed in the spare tire of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 25 packages had a combined net weight of approximately 25.82 kilograms (56.80 pounds).

AGUNDEZ was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. AGUNDEZ stated to Special Agent Swanson he was going to be paid $3,000.00 to smuggle marijuana into the United States.

Executed on 03/15/08 @ _1900 hrs_

_Lance Swanson_
Lance Swanson
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 14, 2008 in violation of Title 21, United States Code, Sections 952 & 960.

_____
United States Magistrate Judge

3/15/08   9:30 pm
Date/Time