1 **HANNI M. FAKHOURY**
California Bar No. 252629
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) Case No. 08MJ8233 |
| 12         Plaintiff, | ) |
| 13  v. | ) **NOTICE OF APPEARANCE** |
| 14  **KARIM ANTONIO AGUNDEZ**, | ) |
| 15         Defendant. | ) |
| 16  _____ | ) |

17    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni

18 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                         Respectfully submitted,

22 Dated: March 19, 2008         /s/ *Hanni M. Fakhoury*
                                 **HANNI M. FAKHOURY**
23                               Federal Defenders of San Diego, Inc.
                                 Hanni_Fakhoury@fd.org
24                               Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: March 19, 2008          /s/  *Hanni M. Fakhoury*
                               **HANNI M. FAKHOURY**
                               Federal Defenders of San Diego, Inc.
                               Hanni_Fakhoury@fd.org
                               Attorneys for Defendant