**Michael D. Stein**
Attorney at Law
CA State Bar: 43726
2727 Broadway
San Diego CA 92102
619/232-8987
Fax 619/232-2286




**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(EL CENTRO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**Vs**<br>**Karim Antonio AGUNDEZ**<br>**Defendant** | **Case No.:08-mj-8233**<br>**SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

The defendant, **Karim Antonio Agundez**, hereby substitutes **Michael D. Stein**, as his attorney of record in the case on file herein.

The defendant's current attorney of record, is now relieved of any and all responsibility for defendant's representation, including trial and appeal.

**I CONSENT TO THE SUBSTITUTION**

Dated: March 26, 2008

Karim Antonio Agundez
**Defendant**

**USA *V* AGUNDEZ**

**08-mj-8233**

**I CONSENT TO THE SUBSTITUTION**

Dated:

**Appointed Counsel**

MATTHEW C. HAGEN

FEDERAL DEFENDERS OF SAN DIEGO

**I CONSENT TO THE SUBSTITUTION**

Dated: March 26, 2008

**Michael D. Stein**

**Attorney for Defendant**

**SO ORDERED**

Dated: 4-1-08

**U.S. District Court Magistrate**